UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )     3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

    *Araceli Hernandez-Matthews v.*     No. 09-cv-20072-DRH
    *Bayer Corporation, et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on September 2, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                         JUSTINE FLANAGAN,
                                         ACTING CLERK OF COURT

                                         BY:   /s/*Caitlin Fischer*
                                                      Deputy Clerk

**Dated:** September 2, 2014

Digitally signed by David R. Herndon
Date: 2014.09.02 14:08:38 -05'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**